wood. No opinion. Motions held until November term.

ROWSAM, Respondent, v. VILLAGE OF CAMDEN, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 23, 1906.) Action by Adelia Rowsam against the village of Camden.

PER CURIAM. Judgment and order affirmed, with costs.

WILLIAMS, J., not voting.

RUBINSTEIN v. ROSENTHAL. (Supreme Court, Appellate Division, First Department. June 8, 1906.) Action by Louis Rubinstein against Samuel Rosenthal. No opinion. Motion denied, with $10 costs. Order signed.

RUSH, Respondent, v. HORROCKS, Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1906.) Action by Myron C. Rush against Joshua Horrocks. No opinion. Motion denied.

SARGENT, Respondent, v. DUNN et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Action by Ellen B. K. Sargent against Bartholomew Dunn and William H. Masterson. No opinion. Judgment and order affirmed, with costs.

SCHEEL, Appellant, v. MUTUAL MILK & CREAM CO., Respondent. (Supreme Court, Appellate Division, Second Department. July 24, 1906.) Action by John Scheel, an infant, by Henry Scheel, his guardian ad litem, against the Mutual Milk & Cream Company.

PER CURIAM. Judgment and order affirmed, with costs.

WOODWARD and HOOKER, JJ., dissent.

SCHEINBERG, Respondent, v. SONKEN, Appellant. (Supreme Court, Appellate Division, First Department. June 15, 1906.) In the matter of Abraham Scheinberg against Abraham Sonken, lienor. G. Lange, Jr., for appellant. B. F. Spellman, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re SCHERZER, Respondent, v. MARTIN et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 15, 1906.) In the matter of the application of Herman Scherzer against Sarah Martin and others. No opinion. Motion to dismiss appeal granted.

SCHIEFER et al. v. NEW YORK & H. R. CO. (Supreme Court, Appellate Division, First Department. October 12, 1906.) Action by Ernst Schiefer and another against the New York & Harlem Railroad Company. No opinion. Motion denied, with $10 costs. Order filed.

SCHIRMER et al., Respondents, v. DEAN et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 15, 1906.) Action by Joseph Schirmer and others against George N. Dean and others. No opinion. Judgment affirmed, with costs.

SCHLESINGER v. BERNSTEIN (13 cases). (Supreme Court, Appellate Division, First Department. October 12, 1906.) Actions by Leo Schlesinger against Samuel Bernstein, impleaded. No opinion. Motions granted, with $10 costs. Orders filed.

SCHLESINGER, Appellant, v. SAGOR, Respondent. (Supreme Court, Appellate Division, Second Department. September 28, 1906.) Action by Joseph Schlesinger against Joseph Sagor, first name fictitious, etc. No opinion. Judgment of the Municipal Court affirmed, with costs.

In re SCHMID. (Supreme Court, Appellate Division, Second Department. October 5, 1906.) In the matter of the application by Anton Schmid for the revocation of letters of administration issued to Johanna Ilg on the goods, chattels, and credits of Louise Sprathoff, deceased. No opinion. Motion for a preference denied.

SCHMIDT, Appellant, v. JEWETT et al., Respondents. (Supreme Court, Appellate Division. Second Department. June 15, 1906.) Action by Melinda P. Schmidt, as executrix of Bache McEvers Schmidt, deceased, against Elise M. Jewett and others. No opinion. Judgment reversed on the ground that the trial court had no right on the pleadings to give final judgment on overruling the demurrer to the defenses, and an interlocutory judgment overruling the demurrer is directed, with costs to the appellant; the same to be settled before Mr. Justice GAYNOR.

SCHNECK, Respondent, v. DANZIGER, Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1906.) Action by George Schneck against Lena Danziger. No opinion. Motion to vacate judgment granted, without costs, on the authority of Mahon v. Mahon, 64 App. Div. 262, 72 N. Y. Supp. 102, and order dismissing appeal amended, so as to explicitly provide that said dismissal is with $10 costs.

In re SCHROEDER. (Supreme Court, Appellate Division, First Department. June 25, 1906.) In the matter of Carrie B. Schroeder, etc. No opinion. Motion granted and question certified. Order filed.

In re SCHROEDER. (Supreme Court, Appellate Division, First Department. June 25, 1906.) In the matter of Carrie B. Schroeder, etc. No opinion. Motion for resettlement denied, with $10 costs. Order filed.

SCHROEDER, Respondent, v. MEYER, Appellant. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Action by George J. Schroeder against Ehler Meyer.

PER CURIAM. Motion granted and order resettled by inserting a recital that the appeal was argued before five justices of this court, and the decision concurred in by four; the remaining justice having, prior to the decision, been appointed a member of the Court of Appeals. See Town of North Hempstead v. El-